UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

'10 NOV -9 P12:42

UNITED STATES OF AMERICA

FILED
US DISTRICT COURT CLERK
WESTN. DIST. KENTUCKY

v.

INDICTMENT

NO.  5:10CR19-R

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(iii)
21 U.S.C. § 853

**CHRISTOPHER DWAYNE OLDS**

The Grand Jury charges:

## COUNT 1

On or about August 18, 2009, in the Western District of Kentucky, Fulton County, Kentucky, the defendant, **CHRISTOPHER DWAYNE OLDS**, knowingly and intentionally distributed five grams or more of a mixture and substance containing cocaine base, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## NOTICE OF FORFEITURE

If convicted of any violation of Title 21, United States Code, Section 841(a)(1), the defendant, **CHRISTOPHER DWAYNE OLDS**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violation, and any property used or

intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

_____
FOREPERSON

_____
DAVID J. HALE
United States Attorney

DJH:LF:11/6/10

UNITED STATES OF AMERICA v. **CHRISTOPHER DWAYNE OLDS**

## PENALTIES

Count 1:  NL 5 yrs./NM 40 yrs./$2,000,000/both/NL 4 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | |
|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: $100 per count/individual |
| | $125 per count/other | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

> If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:      Clerk, U.S. District Court
                 106 Gene Snyder U.S. Courthouse
                 601 West Broadway
                 Louisville, KY  40202
                 502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
                 120 Federal Building
                 241 East Main Street
                 Bowling Green, KY  42101
                 270/393-2500

OWENSBORO:       Clerk, U.S. District Court
                 126 Federal Building
                 423 Frederica
                 Owensboro, KY  42301
                 270/689-4400

PADUCAH:         Clerk, U.S. District Court
                 127 Federal Building
                 501 Broadway
                 Paducah, KY  42001
                 270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN 85

No. 5:10CR19-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA
vs.
CHRISTOPHER DWAYNE OLDS

## INDICTMENT
Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(B)(iii):
Distribution of Cocaine Base.

*A true bill.*



*Foreman*

*Filed in open court this* 9th day, *of* November, A.D. 2010.

**FILED** *Clerk*

Bail, $

NOV 0 9 2010

JEFFREY A. APPERSON, CLERK
BY
DEPUTY CLERK